UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AZEEZ POWELL,

                       Plaintiff,

                  -against-

OFFICER MULLINGS #10833; OFFICER REYES #9144; OFFICER TAUBER #4215; OFFICER MCNAIR #5739; CAPTAIN CHRISTIAN #1756,

                       Defendants.

24-CV-7933 (JGK)

ORDER OF SERVICE

---

JOHN G. KOELTL, United States District Judge:

Plaintiff, who currently is incarcerated in the Otis B. Bantam Center on Rikers Island, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that on September 6, 2022, in the Intake Search Area at the Anna M. Kross Center on Rikers Island, Defendants subjected him to excessive force. By order dated November 18, 2024, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

## DISCUSSION

### A. Request for waiver of service

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the following Defendants waive service of summons: (1) Correction Officer ("CO") Mullings, Shield #10833; (2) CO Reyes, Shield #9144; (3) CO Tauber, Shield #4215; (4) CO McNair, Shield #5739; and (5) Captain Christian, Shield #1756.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

**B.  Local Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of service of the complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the following Defendants waive service of summons: (1) Correction Officer ("CO") Mullings, Shield #10833; (2) CO Reyes, Shield #9144; (3) CO Tauber, Shield #4215; (4) CO McNair, Shield #5739; and (5) Captain Christian, Shield #1756.

Local Civil Rule 33.2 applies to this case.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:
New York, New York
12/2/24

JOHN G. KOELTL
United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.