```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

AZEEZ B POWELL,

                 Plaintiff,         24-cv-7933 (JGK)

    - against -                  ORDER

OFFICER MULLINGS, ET AL.,

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Clerk is respectfully directed to restrict electronic access to ECF No. 7 to the Court and the parties only, because it contains personally identifying information.

SO ORDERED.

Dated:    New York, New York
           December 3, 2024

                                          John G. Koeltl
                                 United States District Judge