UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZEEZ B POWELL,

                Plaintiff,        24-cv-7933 (JGK)

    - against -               ORDER

OFFICER MULLINGS, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **April 18, 2025.**

SO ORDERED.

Dated:    New York, New York
         April 4, 2025

                                          John G. Koeltl
                             United States District Judge