UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AZEEZ B POWELL,

              Plaintiff,          24-cv-7933 (JGK)

   - against -                ORDER

OFFICER MULLINGS, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The City will file a waiver of service. The time for all defendants to move or answer the Amended Complaint, see ECF No. 19, is **August 1, 2025**. If the defendants move to dismiss the Amended Complaint, the time for the plaintiff to respond is **September 2, 2025,** and the time for the defendants to reply is **September 12, 2025.**

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.
Dated:   New York, New York
         May 29, 2025

                                      John G. Koeltl
                                United States District Judge