UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AZEEZ B POWELL,

                Plaintiff,        24-cv-7933 (JGK)

    - against -                ORDER

OFFICER MULLINGS, ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The time to serve Defendant Ronald McNair is extended to **August 15, 2025.** The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.
Dated:    New York, New York
           June 14, 2025

                                      */s/ John G. Koeltl*
                                      John G. Koeltl
                                United States District Judge