UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AZEEZ B POWELL,

           Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

           Defendants.

24-cv-7933 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a motion conference in connection with the defendants' motion to dismiss on **Tuesday, September 23, 2025,** at **3:30 p.m.**

    The facility in which the plaintiff is held shall make the plaintiff available for the conference. The Assistant Corporation Counsel is directed to make the necessary arrangements to ensure the plaintiff's participation.

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            September 18, 2025

                                                    /s/ John G. Koeltl
                                               John G. Koeltl
                                          United States District Judge