```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------------

AZEEZ B. POWELL,
                      Plaintiff,          24-cv-7933 (JGK)

     - against -                         ORDER

OFFICER MULLINGS, ET AL.,
                      Defendants.

---------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    As discussed during the telephone conference on September 23, 2025, the plaintiff is directed to provide a current address by **September 29, 2025**. If the plaintiff provides a current address by that date, the defendants who have moved to dismiss are directed to mail a copy of their motion to dismiss to the plaintiff at the new address.

    The plaintiff's time to respond to the motion to dismiss is extended to **October 10, 2025**. The defendants' time to reply is extended to **November 3, 2025**. The time to complete discovery is extended to **December 5, 2025**. The deadline to file dispositive motions is extended to **December 27, 2025**. The deadline to file a joint pretrial order is extended to **January 17, 2026.**

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff at the plaintiff's new address and to note such mailing on the docket.

SO ORDERED.
Dated:   New York, New York
         September 24, 2025

_____
John G. Koeltl
United States District Judge

2