UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

AZEEZ B POWELL,

                           Plaintiff,            24-cv-7933 (JGK)

           - against -                           ORDER

OFFICER MULLINGS, ET AL.,
                           Defendants.

————————————————————————————

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference held on March 11, 2026, the plaintiff did not file an amended complaint within thirty days of this Court's December 23, 2025 Memorandum Opinion and Order dismissing the plaintiff's federal claims against the City of New York, Officers Reyes, Tauber, and Christian. See ECF No. 45. The plaintiff has also represented that he does not intend to pursue his claims further.

    Accordingly, the plaintiff's federal claims against the City of New York, Officers Reyes, Tauber, and Christian are **dismissed without prejudice**. The plaintiff's federal claims against the Department of Corrections are **dismissed with prejudice**. The plaintiff's state claims are **dismissed with prejudice**. Any remaining claims are **dismissed without prejudice**.

The Clerk is respectfully directed to close the case.

SO ORDERED.
Dated:    New York, New York
          March 16, 2026

                                         John G. Koeltl
                              United States District Judge

2