**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AZEEZ B. POWELL,

                 Plaintiff,

      - against -

NYC DEPARTMENT OF
CORRECTIONS, ET AL.,

                Defendants.

---

                                       24-cv-7933 (JGK)

                                       <u>ORDER</u>

**John G. Koeltl, District Judge:**

The New York City Department of Correction is directed to provide, by **June 12, 2026**, an address at which Defendant Officer Mclair may be served.

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

**SO ORDERED.**

Dated:     New York, New York
           June 5, 2026

                                      John G. Koeltl
                         United States District Judge