UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————

AZEEZ B POWELL,

                         Plaintiff,                    24-cv-7933 (JGK)

          - against -                                  ORDER OF SERVICE

OFFICER MCNAIR, ET AL.,
                         Defendants.
———————————————————————————————

JOHN G. KOELTL, District Judge:

     The summons and amended complaint (ECF No. 19) in this case
must be served on Officer Ronald McNair. Because the plaintiff has
been granted permission to proceed in forma pauperis, he is
entitled to rely on the Court and the U.S. Marshals to effect
service. See Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir.
2013); see also 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

     To allow the plaintiff to effect service on Officer Ronald
McNair through the U.S. Marshals Service, the Clerk of Court is
instructed to fill out a U.S. Marshals Service Process Receipt and
Return form ("USM-285 form") for this defendant. The Clerk of
Court is further directed to: (1) complete the USM-258 form with
the address for the Officer Ronald McNair; (2) check the box on
the USM-258 form labeled "Check for service on U.S.A."; and (3)
issue a summons and deliver to the U.S. Marshals Service a copy of
this Order of Service and all documents necessary to effect
service of the summons and the amended complaint on the Officer

Ronald McNair. The service address for Officer Ronald McNair is as follows:

        Police Officer Ronald McNair, Shield# 8658
        New York City Police Department
        102nd Precinct
        87-34 118th Street
        Richmond Hill, New York 11418-2527

        The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and note such mailing on the docket.


**SO ORDERED.**

**Dated:**     **New York, New York**
               **June 16, 2026**

                                    _____
                                        John G. Koeltl
                                    United States District Judge

2