**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**AZEEZ B POWELL,**

**Plaintiff,**

**- against -**

**OFFICER MULLINGS, ET AL.,**

**Defendants.**

---

**24-cv-7933 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant Ronald McNair to answer or otherwise respond to the amended complaint was July 17, 2026. To date, no answer has been filed.

The time for Officer McNair to answer or respond to the amended complaint is extended until **August 5, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against Officer McNair.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 29, 2026**

**John G. Koeltl**
**United States District Judge**