UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**AZEEZ B. POWELL,**

**Plaintiff,**

**- against -**

**CHRISTOPHER MULLINGS, ET AL.,**

**Defendants.**

**24-cv-7933 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff may file an amended complaint by **October 30, 2026.** Defendant Ronald McNair may move to dismiss or answer by **November 20, 2026.** The plaintiff may respond to any such motion by **December 18, 2026.** Defendant Ronald McNair may reply to any such response by **January 8, 2026.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the plaintiff, and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 8, 2026**

**John G. Koeltl**
**United States District Judge**