**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**AZEEZ B. POWELL,**

**Plaintiff,**

**- against -**

**CHRISTOPHER MULLINGS, ET AL.,**

**Defendants.**

---

**24-cv-7933 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **December 8, 2026.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the plaintiff, and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**November 21, 2026**

John G. Koeltl
United States District Judge